# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ANTHONY DAVIS, | ) |
| --- | --- |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-15-0623-F |
| TIM WILKINSON, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a prisoner who appears *pro se* and whose pleadings are liberally construed, initiated a complaint under 42 U.S.C. § 1983.

Magistrate Judge Suzanne Mitchell's Report and Recommendation of July 21, 2015, is before the court. Doc. no. 10. In her Report, Magistrate Judge Mitchell recommends that the court summarily dismiss plaintiff's complaint without prejudice.

The Report advises plaintiff of his right to file an objection to the Report with the clerk of this court by August 10, 2015. The Report further advises that failure to make timely objection to the Report waives plaintiff's right to appellate review of both factual and legal issues contained in the Report. Plaintiff has not filed an objection or response to the Report, and plaintiff has not sought an extension of time within which to file any objection or response.

After review of the issues covered in the Report, with no objection having been filed, and having concluded that no further analysis is necessary, the Report and Recommendation of Magistrate Judge Mitchell is **ACCEPTED**, **ADOPTED** and

**AFFIRMED** in its entirety, and this action is **DISMISSED** without prejudice for the reasons stated by the Magistrate Judge.

Dated this 25th day of August, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-00623p001.wpd